IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

APPENDIX

# INDEX

Page

*Newton's Telecom Dictionary* (extracts) (17th Ed. 2001) . . . A1

Pub. Law No. 105–277, Div. C, Title XI, §§ 1100 to 1104, 112 Stat. 2681–719 (1998) . . . . . . . . . . . . . . . . . . . . A10

Kenneth H. Silverberg and Mark M. Foster, *Internet Tax Freedom Act: Will it be a Success or a Failure,* J. Multistate Tax'n, July, 1999 . . . . . . . . . . . . . . . . A13

# NEWTON's TELECOM DICTIONARY

The Official Dictionary of Telecommunications Networking and Internet

STAY INFORMED

To be alerted by email to updates and corrections go to **www.cmpbooks.com/newton**

**NEWTON's TELECOM DICTIONARY**
copyright © 2001 Harry Newton
email: Harry_Newton@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.TechnologyInvestor.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereofin any form whatsoever.

Published by CMP Books
An imprint of CMP Media Inc.
Converging Communications Group
12 West 21 Street
New York, NY 10010

For individual or quantity orders
CMP Books
6600 Silacci Way Gilroy, CA 95020
Tel: 1-800-500-6875 or 1-408-848-5296
Fax:408-848-5784
Email: cmp@rushorder.com
Web:www.cmpbooks.com
Distributed to the book trade in the U.S. and Canada by
Publishers Group West
1700 Fourth St., Berkeley, CA 94710
Phone: 510-528-1444
ISBN Number 1-57820-069-5

February 2001

Seventeenth Edition

Matt Kelsey, Publisher
Christine Kern, Manager
Ray Horak, Managing Editor
Omar Mirabel, Cover Artist
Danel Roldan, Inside Layout Artist

Manufactured in the United States of America
Von Hoffmann Graphics
Owensville, MO 65066

886
7
255
66
228
690
676
1
216
90
993
nds 649
688
ands 1
7
256
380
971
44
1
598
7
678
396
58
84
) 1
1
lands 681
34
689
967
381
243
260
263

**s Union** ITU. Anglicization of the
Telecommunications (UIT), resident in
elecommunications technical and oper-
ted Nations, engaging also in interna-
mmunications. ITU. Its most successful
ment of) standards and the allocation
s, etc. For a much bigger explanation,

**s**
**r ITU-R** Formerly the International
cal study branch of the International
of technical and operating questions
so ITU-T.
**et #1** ITA 1. World-standard CCITT
l name: International Morse Code.
**et #2** ITA 2. World-standard CCITT
nter code used for Telex, international
s; Colloquial name: Baudot code.
**et #3** ITA 3. World-standard CCITT
characters needed for automatic type-
ames: Teletypesetter code, press code,

**t #4** ITA 4. World-standard CCITT ver-
using 4 marking bits are valid; receiving
is its error checking feature. Colloquial

names: 7-unit ARQ Code, Moore ARQ Code, Moore Code, RCA Code, and others.

**International Telegraph Alphabet #5** ITA 5. World-standard CCITT version of a 7-unit teleprinter code with an 8th parity bit also used for asynchronous data terminals such as minicomputers or PCs. Colloquial name: ASCII code.

**International Telephone Address** A four-part code specifying a unique address for any telephone company in the world.

**International Toll Free Service** See IFTS.

**International Wireless Telecommunications Association** See IWTA.

**Internet** It is very hard to define the Internet in a way that is either meaningful or easy to grasp. To say the Internet is the world's largest computer network is to trivialize it. But it is. And it is undoubtedly the most important happening to the computing and communications industries since the invention of the transistor. The Internet has its roots as a cooperative research effort of the United States Federal Government known as the Advanced Research Project Agency NETwork (ARPAnet), which was established in 1969 by the Defense Department. ARPAnet tied universities and research and development organizations to their military customers, and provided connectivity to a small number of supercomputer centers to support timesharing applications. Much of the funding was provided by NSFNET (National Science Foundation NETwork). More recently, the Internet has been commercialized, extending its use to anyone with a PC, a modem, a telephone line and an access provider — a special company known as an Internet Service Provider or Internet Access Provider, who allows their customers to reach the Internet via dial-up or dedicated line. The Internet has become a major new publishing, research and commerce medium. I believe that its invention is as important to the dissemination of knowledge, to peoples' life styles and to the way we'll be conducting business in coming years as the invention of the Gutenberg Press was in 1453.

At its heart, the Internet is many large computer networks joined together over high-speed backbone data links ranging from 56 Kbps (now rare) to T-1, T-3, OC-1 and OC-3. The Internet, in short, is a network of computer networks. The Internet now reaches worldwide. Depending on the whim of the local government (which typically controls the local phone company and thus access to the Internet for its citizenry) you can pretty well get onto the Internet and roam it unchecked. The governments of Singapore, the People's Republic of China, Burma and few others limit their peoples' access.

The topology of the Internet and its subnetworks changes daily, as do its providers and its content. The bottom line is that the makeup of the Internet — i.e. how it works — is not all that important. It is the applications and information available on it that are important — the most significant of which are e-mail (electronic mail) and the World Wide Web. Commercial networks from AT&T, MCI, SPRINT, Worldcom and many others now carry the bulk of the traffic. As NSFNET no longer funds the Internet, it has been commercialized, with money changing hands in complex ways between users, companies with Web sites, Internet Access Providers, long distance providers, government, universities and others. The Internet remains supported by some level of public funding, although it is less direct that in the past. Increasingly, businesses are joining their computers to the Internet. According to Network Wizards (www.nw.com), as of year end 1996 the Internet linked over 60,000 networks, 9.5 million computers and 35 million users in 150 countries. The commercialization of the Net has led to exponential growth in both the number of connected hosts and the overall volume of traffic, creating bottlenecks. As a result, a large number of research universities have begun the development of Internet II, also known as Internet2, which effectively is a separate Internet for colleges, universities and government organizations. In other words, the organizations which founded the original Internet are getting off it in favor of building their own Internet.

The Internet's networking technology is very smart. Every time someone hooks a new computer to the Internet, the Internet adopts that hookup as its own and begins to route Internet traffic over that hookup and through that new computer. Thus as more computers are hooked to the Internet, its network (and its value) grows exponentially. The Internet is basically a packet switched network based on a family of protocols called TCP/IP, which stands for Transmission Control Protocol/Internet Protocol (TCP/IP), a family of networking protocols providing communication across interconnected networks, between computers with diverse hardware architectures and between various computer operating systems. Most PCs, including Windows-based machines and Macintoshes, will happily communicate using TCP/IP.

How TCP Works: TCP is a reliable, connection-oriented protocol. Connection-oriented implies that TCP first establishes a connection between the two computer systems that intend to exchange data (e.g. your PC and the host computer you're trying to reach, which may be thousands of miles away). Since most networks are built on shared media (for example, several systems sharing the same cabling), it is necessary to break chunks of data into manageable pieces so that no two communicating computers monopolize the network. These pieces are called packets. When an application sends a message to TCP for transmission, TCP breaks the message into packets, sized appropriately for the network, and sends them over the network. Because a single message is often broken into many packets, TCP marks these packets with sequence numbers before sending them. The sequence numbers allow the receiving system to properly reassemble the packets into the original original order, i.e. the original message. TCP checks for errors. And finally, TCP uses port IDs to specify which application running on the system is sending or receiving the data. The port ID, checksum, and sequence number are inserted into the TCP packet in a special section called the header. The header is at the beginning of the packet containing this and other "control" information for TCP.

How IP Works: IP is the messenger protocol of TCP/IP. The IP protocol, much simpler than TCP, basically addresses and sends packets. IP relies on three pieces of information, which you provide, to receive and deliver packets successfully: IP address, subnet mask, and default gateway. The IP address identifies your system on the TCP/IP network. IP addresses are 32-bit addresses that are globally unique on a network. There's much more on TCP/IP in my definition on TCP/IP and on Internet Addresses in that definition.

Here's how the Internet is used: As a computer network joining two (or more) computers together in a session, it is basically transparent to what it carries. It doesn't care if it carries electronic mail, research material, shopping requests, video, images, voice phone calls, requests for information, faxes ... or anything that can be digitized, placed in a packet of information and sent. A packet-switched network like the Internet injects short delays into its communications as it disassembles and assembles the packets of information it sends. And while these short delays are not a problem for non-real time communications, like email, they present a problem for "real-time" information such as voice and video. The Internet can inject a delay of as much as half a second between speaking and being heard at the other end. This makes conversation difficult. Internet telephony, as it's called when it runs on the Internet, is getting better, however, as the Internet improves and voice coding and compression techniques improve. I've enjoyed some relatively decent conversations to distant places in recent months.

See various Internet definitions following. See also Domain, Domain Naming System, gTLD, ICANN, Internet2, Internet Appliance, Internet Protocol, Internet Telephony, Intranet, IP Telephony, Surf, TCP/IP and Web Browser.

**Internet Access** The method by which users connect to the Internet, usually through the service of an Internet Service Provider (ISP).

**Internet Access Provider** See IAP.

**Internet Address** When you travel the Internet or its World Wide Web area, you need an address to get to where you want to go — just like you need an address on a letter you mail or a phone number you wish to reach. All Internet addresses are expressed in dotted decimal notation of four fields of eight bits. In binary code, each bit has two possible values, 0 or 1. Therefore, each 8-bit field yield two to the eighth power, or 256 possible combinations. Since one of the possible combinations is 000, which means nothing, it is not used, thereby leaving 255 possible numbers in each field. IP addresses are written as XXX.XXX.XXX.XXX, where X is any number between 0 and 9, and where each 3-digit field has a value between 001 (i.e., 1) and 256. Internet addresses currently are based on the IPv4 (Internet Protocol version 4 protocol), which uses a 32-bit code in the 20-octet IP header to identify host addresses. A 32-bit address field yields 2 to the 32nd power possible addresses— that's 4,294,967,296 addresses. that seems like a lot of addresses, but it's not enough in the context of the commercialized Internet. Note that IPv6 has been standardized by the IETF (Internet Engineering Task Force), but has yet to be widely implemented, as equipment upgrades generally are required. Among the advantages of IPv6 is an address field expanded to 128 bits. A 128-bit address field yields 2 to the 128 power addresses — that's 340,282,366,920,939,463,463,374,607,431,768,211,456 distinct addresses. That's enough for approximately 32 addresses for every square inch of dry land on the Earth's surface, which should be enough for a while. No one wants to remember all those numbers when they go checking out their favorite site. So they came up with a neat idea of naming sites and having a bunch of computers do the translation, very similar to what happens with 800 toll-free numbers in North America. As a result Web URLs (Uniform Resource Locators) and e-mail addresses (such as www.harrynewton.com and harry@har-

rynewton.com) are textual addresses that are translated into correlating IP addresses through DNSs (Domain Name Servers, i.e. dedicated translation computers), which maintain tables of both domain names and IP addresses. For example, if you wish to reach www.Javanet.com, you can type www.Javanet.com in your browser or you can simply type 209.94.128.8. But www.Javanet.com is easier to remember. Internet addresses are organized into hierarchical "classes," as follows:

Class A Addresses: Begin with a "0" bit. Of a possible 128 Class A networks, only 51 networks exist. Examples include General Electric Company, IBM Corporation, AT&T, Hewlett-Packard Company, Ford Motor Company, and the Defense Information Systems Agency. They all are huge organizations, and require the highest possible categorization.

Class B Addresses: Begin with a "10" bit sequence. Of a possible 65,536 Class B networks, only about 12,000 exist.

Class C Addresses: Begin with a "110" binary bit sequence. Most applicants are assigned Class C addresses in blocks of 255 IP addresses. As of January 1998, about 800,000 Class C addresses were assigned.

Class D Addresses: Begin with a "1110" bit sequence. They are intended for multicast purposes.

Class E Addresses: Begin with a "1111" bit sequence. They are reserved for future use.

Now, the term "Internet Address" can be a bit misleading. As we have seen, it actually refers to an "IP Address," unless it's a URL, of course. Even if it's a URL, it's translated into an IP address. IP addresses often are used in the LAN (Local Area Network), as well as in the Internet and other public packet data networks. In such a case, one IP address often is used internal to the LAN domain, and another in the Internet domain, in order to mask the internal IP subnet address from the outside world. Masking the internal IP address essentially "masks," or hides, the true IP address of your workstation from the outside world. You may do this for one simple reason — you don't want the outside world to be able to get to your PC. The internal IP address might be either IPv4 or IPv6, while the Internet "outside world" address currently is always IPv4. In either event, the IP addresses are translated, one to the other, through a process of NAT (Network Address Translation), which is accomplished in an access router. On the outbound side, your true IP address is translated into an Internet IP address associated with the router. Responses to your transmissions are addressed to the router, which then translates them back into your true IP address for successful delivery. This translation and masking process secures and protects your identity. See NAT for a full explanation of this process. See also Subnet Mask.

**Internet Appliance** A sub-$500 machine specially designed for Internet browsing and first proposed in the late Fall of 1995 by Larry Ellison, head of database software company Oracle. Part of its appeal to people outside Microsoft and Intel is that the Internet Appliance would not have to be based on standard PC technology. It need have an Intel chip and need not run Windows. This device is also called an Internet Terminal, a Network Computer or an IPC, an Interpersonal computer. The original description of the Internet Appliance was that it would come with 4mb of RAM, 4mb of flash memory, processor, monitor, keyboard and mouse — all for under $500.

**Internet Architecture Board** The Internet Architecture Board (IAB) is a technical advisory group of the Internet Society. Its responsibilities include:

IESG Selection: The IAB appoints a new IETF chair and all other IESG candidates, from a list provided by the IETF nominating committee.

Architectural Oversight: The IAB provides oversight of the architecture for the protocols and procedures used by the Internet.

Standards Process Oversight and Appeal: The IAB provides oversight of the process used to create Internet Standards. The IAB serves as an appeal board for complaints of improper execution of the standards process.

RFC Series and IANA: The IAB is responsible for editorial management and publication of the Request for Comments (RFC) document series, and for administration of the various Internet assigned numbers.

External Liaison: The IAB acts as representative of the interests of the Internet Society in liaison relationships with other organizations concerned with standards and other technical and organizational issues relevant to the world-wide Internet.

Advice to ISOC: The IAB acts as a source of advice and guidance to the Board of Trustees and Officers of the Internet Society concerning technical, architectural, procedural, and (where appropriate) policy matters pertaining to the Internet and its enabling technologies.

**Internet Assigned Numbers Authority** IANA. This group is responsible for the assignment of unique Internet parameters (e.g., TCP port numbers, and ARP hardware types), and managing domain names. It also was responsible for administration and assignment of IP (Internet Protocol) numbers within the geographic areas of North America, South America, the Caribbean and sub-Saharan Africa; on December 22, 1997, that responsibility was shifted to ARIN (American Registry for Internet Numbers). www.arin.net. The IANA has well-established working relationships with the US Government, the Internet Society (ISOC), and the InterNIC. ISOC provides coordination of IANA activities with the Internet Engineering Task Force (IETF) through the participation of IANA in the Internet Architecture Board (IAB). IANA responsibility was assigned by DARPA (Defense Advanced Research Project Agency) to the Information Sciences Institute (ISI) of the University of Southern California. ISI has discretionary authority to delegate portions of its functions to an Internet Registry (IR), previously performed by SRI International and currently performed by Network Solutions Inc. (NSI), a subsidiary of SAIC. Beginning March 1998, that function is shared with the Council of Registrars (CORE). CORE contracted (November 1997) with Emergent Corporation to build and operate the new Internet Name Shared Registry System (SRS), which is a neutral, shared database repository that coordinates registrations from CORE and propagates those names to the global Internet Domain Name System (DNS). www.isi.edu/div7/iana/ See also ARIN, CORE, DNS, Internet, InterNIC, and SRS.

**Internet Backbone** This super-fast network spanning the world from one major metropolitan area to another is provided by a handful of national Internet Service Providers (ISPs). These companies and organizations use connections running at approximately 45 Mb per second (T-3 lines) linked up at specified interconnection points called national access points. Local ISPs connect to this backbone through routers so that data can be carried though the backbone to its final destination. See also MAE.

**Internet Cable Access** A general term used to describe accessing the Internet using the cable TV coaxial cable for inbound Internet access (i.e. downstream) and the phone line for up sending commands and requests (i.e. upstream information). The cable TV is very fast — as much as six million bits per second. The phone is relatively slow — no more than fifty thousand bits per second. But it works because most information from the Internet flows at you, not away from you. The cable and telecom industry is working on standards to make disparate cable systems and TV set-top boxes work with each other. The industry has developed Data Over Cable Service Interface Specification (DOCSIS), which sets standards for both two-way and cable-plus-phone specifications. See DOCSIS.

**Internet Cache Protocol** See ICP.

**Internet Call Waiting** Imagine you have one phone line at your house. You're presently using that one line to surf the Internet. Someone calls you. You have installed call forwarding. Their incoming call gets forwarded to another phone line, which is answered by a service provider who is providing the Internet call waiting service. Their machine answers: "The number you called is presently surfing the Internet. Would you like to tell them you're calling? Do you have a message? Record now." The machine picks up the incoming phone line from callerID, records the message and then sends an email to you, saying this phone number is trying to reach you. And here's their message." It then plays the message.

**Internet Content Provider** ICP. A company that will design and deliver content for your Web site.

**Internet Control Message Protocol** ICMP. The protocol used to handle errors and control messages at the IP player. ICMP is actually part of the IP protocol.

**Internet Engineering Steering Group** IESG. The executive committee of the IETF (Internet Engineering Task Force).

**Internet Engineering Task Force** IETF. One of two technical working bodies of the Internet Activities Board. The IETF is the primary working body developing new TCP/IP (Transmission Control Protocol/Internet Protocol) standards for the Internet. It has more than one thousand active participants. www.ietf.org

**Internet Fax** Internet fax is, as it sounds, sending faxes over the Internet. There are a whole bunch of manual ways to send faxes over the Internet — most of which are akin to sending a fax over the PSTN, as we do it today. Dial up, etc. There are movements, however, to automate this process and get Internet faxing more along the lines of Internet email. Internet Fax is coming in two parts. The first is a store and forward model that is essentially based on the MIME attachment of TIFF files to standard E-Mail messages delivered by SMTP. The standards for this model are found in the IETF - ITU agreements of January 1998. The second part is an Internet draft that extends SMTP itself. The draft turns a fax machine into a virtual SMTP server so that transmission of the fax from point-to-point happens in real time. The protocol would extend SMTP beyond its function of a simple mail transport protocol to the point where, when a transport session is established, the user can

exchange c
ward mail. I
faxes betwe
market, is o
fax, toggle
direction to
inexpensive
(SOHO) en
**Interne**
**Interne**
area networ
NetWare pr
the Internet.
**Interne**
domain con
istered the r
**Interne**
helping its c
infrastructur
monitoring/
**Interne**
to offset gov
structure of
fee, which v
Intellectual I
the annual f
to be used 1
learning. Se
**Internet**
cooperative
Activities co
implement it
mail standar
**Internet**
on a local ar
work manag
on this tree.
For example
object is on
second 1 sh
1 indicates v
tual descript
instance. An
numbering s
cation schem
dors to be m
egories of th
**Internet**
Internet num
between hos
**Internet**
responsible f
Resource Lo
responsibility
Information
with its discr
and, subsequ
that responsi
Numbers Reg
**Internet**
traffic from a
other equipm
cheaply. Here

lates dialed digits into a point code (network node) address and application address (subsystem number). IS-41C defines the formats and procedures for Short Message Service (SMS). IS-41D includes feature and service support for Calling Number ID (CNID), E911 (Enhanced 911), law enforcement intercept (wire-tapping). See also CNID, ESN, GTT, MIN, MSC, SMS, and Tumbling.

**IS-410** Interim Standard 41 Zero. The initial version of IS-41, which was released in February 1988. IS-410 defined the process for intersystem call hand-off.

**IS-41A** Interim Standard 41a. A version of IS-41 which supports automatic roaming.

**IS-41B** Interim Standard 41B. A version of IS-41 which defined Global Title Translation (GTT), the process of translating Global Titles (telephone numbers) into Point Codes. Point Codes are unique addresses of SS7 network nodes. See also Global Title, Global Title Translation, Point Code, and SS7.

**IS-41C** Interim Standard 41C. A version of IS-41 which supports PCS SMS (Short Messaging Service), defining message formats and authentication standards. See also IS-41, SMS and Authentication.

**IS-41D** Interim Standard 41D. A version of IS-41 which addresses Calling Number ID (also known as Calling Line ID, or CLID), Enhanced 911, and Law Enforcement Intercept. See also IS-41.

**IS-54** Interim Standard 54. It is the dual mode (analog and digital) standard for cellular phone service in North America. In its analog form, it conforms to the AMPS standard. IS-54 is an EIA/TIA, developed with the involvement of the CTIA. Since 1995, IS-54 enhancements fall under IS-136. See IS-54B.

**IS-54B** Interim Standard 54B, the second version of IS-54. IS-54B defined TDMA (Time Division Multiple Access), an access technique used in digital cellular networks. See also IS-136 and IS-54.

**IS-55** Interim Standard 55. Standard for TDMA digital cellular service, which is three times the capacity of today's analog cellular service. IS-55 is a fully digital cellular system.

**IS-634** The Interim Standard for the interface between cellular base stations and Mobile Traffic Switching Offices (MTSOs). Issued by the TIA subcommittee TR45.4, IS-634 standardizes the functionality of the A-interface associated with the handling of call processing in order that terminal equipment and MTSOs of disparate origin can interoperate in a predictable fashion. The interim standard is intended to support AMPS, N-AMPS, CDMA and TDMA. The first release of IS-634 employs SS7 and 64-Kbps PCM encoding.

**IS-661** The Interim Standard for a hybrid CDMA/TDMA wireless system.

**IS-95** Digital CDMA standard for U.S. cellular radio systems. Direct sequence spread spectrum. Widely deployed in North America and Korea.

**IS-IS** Intermediate System to Intermediate System. OSI link-state hierarchical routing protocol, based on DECnet Phase V routing, whereby intermediate systems (routers) exchange routing information based on a single metric to determine network topology.

**ISA** 1. Interactive Services Association. http:/policy.net/isa
2. Industry Standard Architecture. The most common bus architecture on the motherboard of MS-DOS computers. The ISA bus was originally pioneered by IBM on its PC, then its XT and then its AT. ISA is also called classic bus. It comes in an 8-bit and 16-bit version. Most references to ISA mean the 16-bit version (which carries data at up to 5 megabytes per second). Many machines claiming ISA compatibility will have both 8- and 16-bit connectors on the motherboard. In 1987 IBM introduced a 32-bit bus which it called MCA for Micro Channel Architecture, which is the internal bus inside some of IBM's line of PS/2 MCA machines. But MCA isn't popular because it is incompatible with ISA, so the industry (excluding IBM) invented a 32-bit bus called EISA which stands for Extended Industry Standard Architecture, which is compatible with ISA. EISA, however, suffered from some of the same problems as the MCA bus, namely it was complicated to program to get the card's full benefit. As a result, other buses have been invented, including the VL bus from VESA (the Video Electronics Standards Association) and Intel's PCI bus. PCI stands for Peripheral Component Interconnect. Both the VL and PCI buses claim to be more than 20 times faster than the ISA bus. The PCI bus, according to Intel, can transfer data at up to 132 megabytes per second. Until the advent of complex Windows graphics and imaging programs, the speed of the ISA was not a gating factor in a computer. As of writing, a VL bus could only handle three drop-in printed cards, while a PCI bus could handle 10. See also EISA and Microchannel.

**ISA Configuration Utility** The Intel Architecture Lab has been co-developing the Plug and Play specifications with industry partners to ensure long-term compatibility across cards, systems and software. IAL has openly licensed the necessary BIOS software to PC manufacturers so they can add Plug and Play capabilities to their systems. Intel Architecture Labs also designed the ISA Configuration Utility for system and add-in card manufacturers to include with their products. This software utility makes it easier for users to install existing ISA cards in their PCs. The software tells the user which resources are available, but configuration is still done manually. The utility also allows the user to optimize the way resources are assigned, which is particularly important for memory addresses.

**ISAKMP** Internet Security Association and Key Management Protocol. A protocol that provides a method for authentication of communications between peers over the Internet. ISAKMP provides a framework for the management of security keys, and support for the negotiation of security attributes between associated peers. ISAKMP/Oakley is a hybrid protocol that uses the ISAKMP framework to support the Oakley key determination protocol, which defines a method for establishing security keys for use on a session basis by Internet hosts and routers.

**ISAM** Indexed Sequential Access Method. It is a procedure for storing and retrieving data from a disk file. When the programmer designs the format of the file, a set of indexes is created which describes where the records of the file are located on the disk. This provides a quick method of retrieving the data, and eliminates the need to read all the data from the beginning to find the desired information. The indexes can be stored as part of the data file or in a separate index file.

**ISAPI** Internet Server Application Program Interface. This API was created by Process Software Corp. and Microsoft and announced by Microsoft at the 1995 Fall Interop show. It is tailored to Internet servers and uses Windows' dynamic link libraries (DLLs) to make processes faster than under other APIs. It allows Internet browsers supporting it to access remote server applications from Microsoft and others. See ISAPI Filter.

**ISAPI Filter** A World Wide Web term. An ISAPI Filter A replaceable DLL which the server calls whenever there is an HTTP request. When the filter is first loaded, it communicates to the server what sort of notifications will be accepted. After that, whenever a selected event occurs, the filter is called to process the event. Example applications of ISAPI filters include custom authentication schemes, compression, encryption, logging, traffic analysis or other request analyses.

**Isarithmic Flow Control** Approach to flow control in which transmission permits circulate throughout network. Node wishing to transmit must first capture permit and destroy it, then recreate permit after transmission finished.

**ISB** InterShelf Bus.

**ISC** International Switching.

**ISCP** Integrated Services Control Point. Bellcore's ISCP software system manages and distributes the information needed to run intelligent networks that provide inexpensive, rapidly deployed customized service, according to Bellcore.

**ISD** 1. Incremental Service Delivery.
2. Information Systems Department.

**ISDL** Integrated Services Digital Line. Part of the family of xDSL technologies, ISDL is a means of provisioning ISDN BRI capacity of 128 Kbps to the premise without the need for upgrade of existing cable pairs. Such existing copper pairs are often in such poor condition as to deny the provisioning of conventional ISDN. See ISDN, xDSL, and ADSL.

**ISDN** Integrated Services Digital Network. ISDN comes today in two basic flavors — BRI, which is 144,000 bits per second and designed for the desktop, and, in North America PRI, which is 1,544,000 bits per second and in Europe PRI, which is 2,048,000 bits per second. PRI, which can be made into as many as 24 and 32 phone calls (respectively). PRI is designed for telephone switches, computer telephony and voice processing systems. ISDN BRI used to be a wonderful service in your home or office (it's been superseded by DSL and cable modems). ISDN BRI is useful if you can't get DSL or cable modem service because it can give you videoconferencing, and faster data communications. But it is not an easy service to get up and running. The best advice I can give you is: 1. Figure out what you want to do with your ISDN. 2. Find which equipment you're going to need that will do the best job for you. 3. Call the manufacturer of that equipment, tell him where you're located and ask him which ISDN service to order. 4. After he tells you, order your ISDN service from your local phone company. 5. Then buy the equipment. 6. Allow yourself at least a month to get up and running. 7. Any ISDN equipment you install in a PC will cause major interrupt problems. Make sure you know which interrupts your PC is using for what. See IRQs.
ISDN is essentially a totally new concept of what the world's telephone system should be. According to AT&T, today's public switched phone network has the following limitations: 1. Each voice line is only 4 KHz, which is very narrow, which limits also the speed you can

I