send data across. 2. Most signaling is in-band signaling, which is very consuming of bandwidth (i.e. it's expensive and inefficient). 3. The little out-of-band signaling that exists today runs on lines separate to the network. This includes signaling for PBX attendants, hotel/motel, Centrex and PBX calling information. 4. Most users have separate voice and data networks, which is inefficient, expensive and limiting. 5. Premises telephone and data equipment must be separately administered from the network it runs on. 6. There is a wide and growing variety of voice, data and digital interface standards, many of which are incompatible.

ISDN's "vision" is to overcome these deficiencies in four ways: 1. By providing an internationally accepted standard for voice, data and signaling. That standard has pretty well achieved, though don't try and take North American ISDN equipment to Europe. 2. By making all transmission circuits end-to-end digital. 3. By adopting a standard out-of-band signaling system. 4. By bringing significantly more bandwidth to the desktop.

One of the best features of ISDN is the speed of dialing. Instead of 20 seconds for a call to go through on today's old analog network, with ISDN it takes less than a second. It's beautiful. Here are some sample ISDN services:

Call waiting: A line is busy. A call comes in. The user knows who is calling. He can then accept, reject, ignore, transfer the call.

Citywide Centrex: A myriad of services: Specialized numbering and dialing plans. Central management of all ISDN terminals, including PBXs, key systems, etc.

Credit card calling: Automatic billing of certain or all calls into accounts independent of the calling line/s.

Calling line identification presentation: Provides the calling party the ISDN "phone" number, possibly with additional address information, of the called party. Such information may flash across the screen of an ISDN phone or be announced by a synthesized voice. The called party can then accept, reject or transfer the call. If the called party is not there, then his/her phone will automatically record the incoming call's phone number and allow automatic callbacks when he/she returns or calls back in from elsewhere.

Calling line identification restriction: Restricts presentation of the calling party's ISDN "phone" number, possibly with additional address information, to the called party.

Closed user group: Restricts conversations to or among a select group of phone numbers, local, long distance or international.

Collaborative Computing. Work on the same document or drawing or design with someone 10,000 miles away. With ISDN, it doesn't really matter where members of the design team live.

Desktop videoconferencing. I have an ISDN desktop videoconferencing device on my desk. It's wonderful to see the person at the other end. It makes for a far more meaningful conversation.

E-Mail (a.k.a. Personal mailbox): ISDN can carry information to and from unattended phones as long as they're equipped with proper hardware and software.

Internet Access: It's much nicer to browse the Internet at 128 Kbps than at 28.8 Kbps which is the fastest I can do it today with the fastest analog modem I can buy.

Shared Screen — Switched data services provided via ISDN lets two people in remote locations, both equipped with a computer terminal, view the same information on their screens and discuss its contents while making changes

— all over one telephone line.

Simultaneous Data Calls: Two users can talk and exchange information over the D packet and/or the B circuit or packet switched channel.

There are two major problems to the widespread acceptance of ISDN: First, the cost of ISDN terminal equipment is too high. Second, the cost of upgrading central office hardware and software to ISDN is too high. Both costs are coming down. In early, 1995 Pacific Bell announced that it would install one million lines of ISDN BRI by the end of 1998. And, to make this happen, it dropped its ISDN monthly prices to an affordable $24.95 a month for residences and $26.50 a month for businesses.

There are three basic configurations you can get ISDN:

1. The 2B+D "S" interface (also called the "T" interface). The 2B+D is called the Basic Rate Interface (BRI). The "S" interface uses four unshielded normal telephone wires (two twisted wire pairs) to deliver two "Bearer" 64,000 bits per second channels and one "data" signaling channel of 16,000 bits per second. An S-interfaced phone can be located up to one kilometer from the central office switch driving it. Each of the two 64 kpbs "bearer" or B channels can be used to carry a voice conversation, or one high speed data or several data channels, which are multiplexed into zone 64 kbps high speed data line. The "D" channel of 16 kbps will carry control and signaling information to set up and break down

**How An ISDN Network Works**




the voice and data calls. The "D" channel can also carry data up to 9600 bits per second in addition to the control and signaling information. Signaling and control on the D channel conforms to a protocol (LAPD) and a messaging structure (Q.931). These two allow intelligent endpoints and switching nodes from different vendors to talk a common language and thus be able to transfer features across a network, from one switch to another, e.g. to transfer a Centrex call across town through several switches and to have it arrive at the end phone with the calling party's name.

2. The 2B+D "U" interface. This "U" interface delivers the same two 64 kbps bearer channels and one 16 kbps data channel, except that it uses 2-wires (one pair) and can work at 5-10 kilometers from the central office switch driving it. The "U" interface is the most common ISDN interface. It carries 160,000 bits per second from the central office to your home or office. Of those 160,000 bits, 128,000 bits are used for two 64,000 bps Bearer (B) channels and 16,000 bits are used for data (the D channel). The remaining 16,000 bits is used by the network for signaling between the black box on the subscriber premises and the central office. The idea is to get the ISDN "U" interface working to 18,000 feet — the average length of a North American subscriber local loop. There are two ways of setting up ISDN BRI service in North America today. The most common way is with a board or PCMCIA card that plugs into your computer (similar to an internal modem) In the U.S., the NT-1 (see below) is usually included on the board which costs around $100. The board may also have an analog port into which you can plug your analog phone, fax, or even modem. In the older days, you'd connect the two "U" wires (local loop pair) coming in from your local ISDN CO into a black box about the size of desk printing calculator, called an NT-1. Out the side of the black box comes four wires, which are called the "S Bus." Onto these four wires you can attach, in a loop configuration (also called single bus), as many as eight ISDN terminals — telephones, fax machines, etc. That S bus allowed more devices to be attached to your ISDN line than the board that fits into your PC. The board, however, is a lot easier to install. See ISDN.

3. The 23B+D or 30B+2D. This is called the Primary Rate Interface (PRI). At 23B+D, it is 1.544 megabits per second. At 30B+2D, it is 2.048 megabits per second. The first, 23B+D is the standard T-1 line in the U.S. which operates on two pairs. The second 30B+2D is the standard E-1 line in Europe, which also operates on two pairs or wires (i.e. four conductors).

Integral to ISDN's ability to produce new customer services is ITU Signaling System 7. This is a ITU-T recommendation which does two basic things: First, it removes all phone signaling from the present network onto a separate packet switched data network, thus providing enormous economies of bandwidth. Second, it broadens the information that is generated by a call, or call attempt. This information — like the phone number of the person who's calling — will significantly broaden the number of useful new services the ISDN telephone network of tomorrow will be able to deliver.

ISDN has "enjoyed" many "meanings," including I Still Don't Know to It Still Does Nothing its most recent, I Smell Dollars Now.

For more on ISDN, see euro-ISDN, Intel blue, ISDN 2, ISDN 30, ISDN standards, ISDN telephone, ISUP, ISDN network termination 1, personal computer terminal adapter, Proshare,

q.931, robbed bit
**ISDN 2** What tl
two BRI channels c
**ISDN2e** Euro-IS
**ISDN 30** The n
line. ISDN 30 is a f
America, especially
BRI. See ISDN.
**ISDN Basic**
Facility consists of
a suitable network
Rate 2 Binary 1 Q
Facility is 18,000
priate electronic e
tomer's premises.
**ISDN BRI Se**
top. There are ma
ISDN-1 compliant,
DMS 100 ISDN. W
needs, check whet
get your line instal
sive and slow. ISD
ing, it usually worl
**ISDN Forum**
**ISDN Integr**
connects the comp
as a supporting an
**ISDN Modem**
with enhanced fun
data with conventi
data communicati
conventional mod
modem-based appl
extra functionality
ing analog modem
who once wrote a
**ISDN Multir**
network access e
demands, in increi
obtained over ISDN
**ISDN Netwo**
directly into an ISI
called a Network T
America you can p
face between the
the PCTA (Persona
into an ISDN termi
scriber's premises
talks to the ISDN c
on the subscriber p
• Line transmissio
• Layer 1 line mai
• Layer 1 multiple
• Interface termin
olution.
Some ISDN device
**ISDN Overf**
Overflow/Diversio
using PRI D-channe
tual private networ
flow a call, specifi
switch, such as AN
**ISDN PRI** PRI




up to 9600 bits per second
g and control on the D chan-
e (Q.931). These two allow
ndors to talk a common lan-
, from one switch to another,
itches and to have it arrive at

me two 64 kbps bearer chan-
ires (one pair) and can work
The "U" interface is the most
rom the central office to your
d for two 64,000 bps Bearer
nnel). The remaining 16,000
box on the subscriber premis-
rface working to 18,000 feet
loop. There are two ways of
common way is with a board
internal modem) In the U.S.,
costs around $100. The board
r analog phone, fax, or even
es (local loop pair) coming in
desk printing calculator, called
which are called the "S Bus."
n (also called single bus), as
etc. That S bus allowed more
t fits into your PC. The board,

nterface (PRI). At 23B+D, it is
egabits per second. The first,
es on two pairs. The second
ates on two pairs or wires (i.e.

s ITU Signaling System 7. This
st, it removes all phone signal-
ned data network, thus provid-
the information that is gener-
e phone number of the person
useful new services the ISDN

't Know to It Still Does Nothing

30, ISDN standards, ISDN tele-
ter terminal adapter, Proshare,

q.931, robbed bit signaling, signaling system 7, spid and tcap.

**ISDN 2** What the Americans call ISDN BRI, the British call ISDN 2, which is ISDN with two BRI channels and one D channel.

**ISDN2e** Euro-ISDN BRI. See ISDN 2 and ISDN.

**ISDN 30** The name of an ISDN service which delivers 30 ISDN BRI lines over a single line. ISDN 30 is a fancy name for ISDN on an E-1 line. You find it in countries outside North America, especially Europe. ISDN 2, in the UK, is their name for what Americans call ISDN BRI. See ISDN.

**ISDN Basic Link Facility** Here is a Nynex definition: The ISDN Basic Link Facility consists of a local transmission facility terminated in the local central office and in a suitable network interface device that is capable of supporting ANSI standard ISDN Basic Rate 2 Binary 1 Quaternary U interface line coding scheme. The standard ISDN Basic Link Facility is 18,000 cable feet or less from the central office termination or served via appropriate electronic equipment, to the Network Termination One device located on the customer's premises.

**ISDN BRI Service** 2B+D - Two bearer channels and one D channel to your desktop. There are many varieties of ISDN BRI service. The three most common are National ISDN-1 compliant, AT&T 5ESS Custom (an older form of ISDN BRI) and Northern Telecom DMS 100 ISDN. With ISDN BRI, you choose your ISDN equipment first, figure out what it needs, check whether what it needs is available from your local telephone company, then get your line installed, then buy your equipment. Changing your line specs later is expensive and slow. ISDN is still a very first generation product, though when you get it working, it usually works thereafter relatively flawlessly. See ISDN.

**ISDN Forum** See Vendors ISDN Association.

**ISDN Integrated Access Bridge/Router** A remote access device that connects the computer to an ISDN line and which performs bridging and/or routing as well as a supporting analog devices such as phones or faxes.

**ISDN Modem** A special kind of ISDN Terminal Adapter (see ISDN Terminal Adapter) with enhanced functionality (software, hardware, etc.) to allow it to connect and exchange data with conventional analog modems. Ordinary ISDN terminal adapters can only support data communications with other ISDN devices. They lack the ability to communicate with conventional modems. Because of this, the many on-line services and other analog modem-based applications are not available to users of normal ISDN terminal adapters. The extra functionality in ISDN modems allow their users to make use of these and other existing analog modem-based services. This definition supplied by Paul D. Cook or Ameritech, who once wrote a White Paper describing the obvious need for such a device.

**ISDN Multirate** ISDN Multirate is a network-based ISDN service that allows users' network access equipment to add B channels as needed, depending on bandwidth demands, in increments if 64 Kbps, up to 1.536 Mbps. Access to ISDN Multirate service is obtained over ISDN PRI lines.

**ISDN Network Termination Device** You can't plug your ISDN phone directly into an ISDN line like you can with today's analog lines. You need a black box, called a Network Termination device, called an NT1, as in Network Termination 1. In North America you can pick one of these devices up for under $250. The NT1 provides an interface between the ISDN loop and an S or T interface terminal, such as an ISDN phone, or the PCTA (Personal Computer Terminal Adapter). The PCTA is the device which turns a PC into an ISDN terminal/phone. The NT1 is the classic ISDN "black box." It sits on the subscriber's premises at the end of the subscriber loop coming in from the phone company. It talks to the ISDN central office. And, in turn, all ISDN terminals, phones and other devices on the subscriber premises are plugged into this black box. The basic NT1 functions are:

- Line transmission termination.
- Layer 1 line maintenance functions and performance monitoring.
- Layer 1 multiplexing, and
- Interface termination, including multi drop termination employing layer 1 contention resolution.

Some ISDN devices — such as LAN hubs — now come with NT1s built in. See ISDN.

**ISDN Overflow/Diversion** A feature of Rockwell Galaxy ACDs. ISDN Overflow/Diversion allows Galaxy ACD users to overflow calls between multiple switches using PRI D-channels and B-channels through the public network. This gives the user a virtual private network without the cost of dedicated trunks. By using ISDN messages to overflow a call, specific information associated with the call can be passed to the destination switch, such as ANI, DNIS, and delay time in queue at the originating switch.

**ISDN PRI** PRI stands for Primary Rate Interface. In North America, ISDN PRI can be thought of as "enhanced T-1." And some long distance carriers are only delivering T-1 in this format. In this ISDN-PRI format, it has major benefits — chiefly the extra bandwidth and benefits derived from the much richer and much faster out-of-band signaling. For example, ANI (Automatic Number Identification, DNIS (Dialed Number Identification Service), etc. are delivered much better this way. ISDN PRI is 24 B (bearer) channels, each of which is a full 64,000 bits per second. One of these channels is typically used to carry signaling information for the 23 other channels. If you're running voice on a single ISDN-PRI, you get 23 voice channels, compared to 24 if you run voice on a T-1 line. However, if you get multiple ISDN-PRI lines, you can often carry the signaling for those voice lines on that one B channel and thus get 24 on each of the others. For example, some voice processing cards will let you support up to eight ISDN PRI channels on one B channel — i.e. the first PRI gives you 23 voice channels. All seven others will give you 24 channels. In Europe, ISDN PRI is 30 bearer channels of 64 Kbps and two signaling channels, each of 64 KBps.

**ISDN Repeaters** ISDN repeaters let telephone companies extend ISDN lines up to 48,000 feet from their central office. This means they can send ISDN to people further away.

**ISDN Router** You have a local area network in your office. You want to join that LAN to the Internet and/or your company's private Intranet. You can do the joining with any number of communications lines, from slow dial-up analog lines to high-speed T-3 and everything in between. One of those in-betweens is an ISDN BRI line. An ISDN router is a device which joins a LAN to an ISDN line. It combines the functionality of an ISDN Terminal Adapter (TA) and a TCP/IP router for access to an ISDN network. The TA function accomplishes the interface between the ISDN network and devices which are not ISDN compatible. The router function allows multiple workstations to access the ISDN network, as well each other, through what essentially is a LAN hub with TCP/IP routing capabilities. See also ISDN Terminal Adapter.

**ISDN Standards** The path of a call in an ISDN network is based on standards:

1. ISDN User A signals the public network over a standard interface. The 2B1Q protocol is used by the terminal as well as the line card in the telephone company central office. The 2B1Q arranges the bits of a digital ISDN signal in a standard manner over the twisted pair connecting the user and the central office. Bellcore TR268 establishes protocols for signaling between the caller and the network.
2. TR444 and TR448 define the standard protocols that allow ISDN services to be carried by the SS7 network.
3. TR317 defines the protocols for standard SS7 networking between the LEC's intraLATA switches that, when combined with TR444 and TR448, can deliver ISDN services.
4. TR394 defines the protocols for standard SS7 networking of the interLATA switches that, when combined with TR444 and TR448, provide the interface for ISDN services and the interexchange network.
5. ISDN UserB, equipped with the standard network interface and using the 2B1Q and TR268 protocols, is prepared to receive the ISDN call from User A. The network delivers the ISDN call information carried over SS7 from User A to User B in the call set-up message.

**ISDN Teladapter** A Northern Telecom term for a device which connects a national ISDN 1 telephone and a Macintosh to a Northern Telecom switch via an ISDN line card.

**ISDN Telephone** An ISDN phone can attach to an ISDN basic rate interface. It typically has one digital voice (at 64 kbps) channel and two data options — one for packet switched services (up to 9600 bps) and another for circuit switched data (up to 64 kbps). It will also have an RS-232-C connector on its back and a two line, 48-character LCD adjustable display. It will also have a bunch of dedicated buttons for standard stuff — last number redial, speed dial, on-hook dialing, listen-on-hold, etc. Some ISDN phones work behind most ISDN central offices — e.g. the Telrad phones. Most don't. They have to work behind the central office they were designed for. Or did have to. In February, 1991, Bellcore issued a technical specification for a standard ISDN phone line. The idea of National ISDN-1 is that it be a set of standards which every manufacturer can conform to. A consumer can buy an ISDN phone (one conforming to National ISDN-1) at his local Radio Shack (or other store) take it home, plug it in and know it will work, irrespective of whose central office he's connected to. At time of writing most ISDN phones cost over $600. Some cost nearly $1,000. Some cost more than a personal computer. In late fall of 1992 there was increasing talk that PCs will soon come with telecom ports — able to accept the ISDN signal directly from the central office, without the need for a separate (and expensive ISDN) phone instrument. The PC and the software within it, will then become the phone (presumably with a handset, headset or earset attached to the back of the PC). See

I

assigned by the local telephone company to the telephone numbers of all the subscribers to that carrier to ensure the calls are routed over the correct network. When a subscriber switches long distance carriers, it often is referred to as a PIC change. A LPIC is an IntraLATA Primary Interexchange Carrier, which may be different from the InterLATA PIC.

**Primary InterLATA Carrier** The IC designated by a customer to provide interLATA service automatically without requiring the customer to dial an access code for that carrier. See Presubscription. Same as a Primary Interexchange Carrier.

**Primary Link** The active LAN connection. When it fails the LAN is switched to the Backup link.

**Primary Partition** A portion of a physical disk that can be marked for use by an operating system. Under MS-DOS, there can be up to four primary partitions (or up to three, if there is an extended partition) per physical disk. A primary partition cannot be subpartitioned.

**Primary Rate Interface** The ISDN equivalent of a T-1 circuit. The Primary Rate Interface (that which is delivered to the customer's premises) provides 23B+D (in North America) or 30B+2D (in Europe) running at 1.544 megabits per second and 2.048 megabits per second, respectively. There is another ISDN interface. It's called the Basic Rate Interface. It delivers 2B+D over either one or two pairs. In ISDN, the "B" stands for Bearer, which is 64,000 bits per second, which can carry PCM-digitized voice or data. See ISDN for a much better explanation.

**Primary Resource** An SCSA definition. The main resource around which a Group is constructed. Typically, the primary resource will be an interface to the telephone network, but it may also be a switch port.

**Primary Routing Point** The switch designated as the channel point for a long haul telephone call.

**Primary Server** The SFT III Novell NetWare server that has been operating longer than its partner and is currently servicing the attached workstations. The primary server is the SFT III server that network workstations "see," and the one to which they send requests for network services. Routers on the internetwork see only the primary server and send routing packets to it. The primary server's IOEngine determines the order and type of events that are sent to the MSEngine. Only the primary server sends reply packets to network workstations. The secondary server is the SFT III NetWare server that is activated after the primary server. Either server may function as primary or secondary, depending on the state of the system. You cannot permanently designate which server is primary or secondary. System failure determines each server's role, that is, when the primary server fails, the secondary server becomes the new primary server. When the failed server is restored, it becomes the new secondary server.

**Primary Station** A network node that controls the flow of information on a communications link. Also, the station that, for some period of time, has control of information flow on a communications link (in this case primary status is temporary).

**Primary Storage** The main internal storage.

**Primary Wire Center** A switching center in the AT&T/Bell system hierarchy of exchange classes. The primary center is a Class 3 exchange. It is used to connect toll offices and less frequently to connect a toll center with a local end office. Primary centers are capable of connecting toll centers through sectional centers and then to local end offices to establish communication connections when simple routing possibilities are busy.

**Prime Focus Parabolic Antenna** There are two types of satellite antennas — a prime focus parabolic antenna and an offset parabolic antenna. A "normal" satellite antenna is a pure parabola. It's been around forever. A newer antenna, called the offset antenna is taller than it is wide. According to the manufacturers, the offset antenna design makes for more efficient use of the antenna surface than a traditional prime focus parabolic antenna. What that means is that it captures more of the satellite signal hitting the antenna. Offset antennas are more expensive than the "normal" parabolic satellite antennas, which are called "prime focus parabolic antennas." They are more expensive because they cost more to make since they typically must be made out of one sheet of metal. Offset antennas are harder to carry around, since you can't make them out of several foldover sheets of metal.

**Prime Line** A key system feature. You can program your phone set to automatically select a certain phone line whenever your lift the receiver or press the Handsfree/Mute button. The line that appears is called the Prime Line.

**Prime Line Preference** When you pick up the handset on your key system or hybrid key, you are automatically connected to your preferred line (central office or intercom), rather than having to punch down an extra line button. Some phone systems tout this as a feature. Some have it set up where you simply leave one of the line buttons depressed and it doesn't pop up when you put your handset back into its cradle. Most 1A2 phone systems have this feature. Not all electronic phone systems do. Walker breaks the features into Prime Line Outgoing and Prime Line Incoming, and allows you to program the phones separately.

**Primitive** An abstract, implementation independent, interaction between a layer service user and a layer service provider. See Primitives.

**Primitives** Abstract representations of interactions across the service access points indicating information is passed between the service user and service provider. There are four types of primitives in the OSI Reference Model — request, indication, response and confirm.

**Principal** First or highest in importance. An owner or part-owner of a business. A person who authorizes another, as an agent, to represent him. Often confused with principle, not that a principal necessarily has any principles. See Principle.

**Principle** A general or fundamental truth on which others are based. A rule of conduct. Often confused with principal. See Principal.

**Principal Headend** According to the FCC's definition, the principal headend of a cable television system is: If the system has one headend, that headend is the "Principal Headend" and if the system has two or more headends, the operator may designate the "Principal Headend". However, once designated, it cannot be changed except for "good cause". The location of the Principal Headend is a factor in determining the must-carry status of certain broadcast stations.

**Print Control Character** A coded control character used to instruct the receiving unit on how a message is to be formatted in hard copy. Print control characters include carriage returns, back spaces, line feeds, tabs, etc.

**Print Server** A networked computer, usually consisting of fixed-disk storage and a CPU, that controls one or more printers that can be shared by users.

**Print Spooler** An application that manages print requests or jobs so that one job can be processed while other jobs are placed in a queue until the printer has finished with previous jobs. See Print Spooling.

**Print Spooling** A technique used to schedule printing tasks to one printer and to free up computer time from the slow task of feeding a slow printer (Any printer is slow compared to the speed of a computer). A small program or program/machine called the spooler does the scheduling. A user loads the print task to the spooler and when the print task's turn comes, the job is printed. Print spooling is handled several ways: You can allocate part of the computer's main memory to become a print spooler. You can allocate part of the company's disk memory to become a print spooler. You can get an external device called a print spooler. It will have all the storage space and software necessary. There are two primary advantages to Print Spooling: 1. You can use the spooler to save your and your computer's time. Dump the report to a print spooler at thousands of bits per second. Get on with something else on the computer. 2. You can use a print spooler to schedule several users' printing requests. This is particularly good in multi-user environments — for example, where the printer is a laser printer (and therefore expensive) and is attached to a LAN (Local Area Network).

**Printed Circuit Board** PCB. Flat material (fiberglass/epoxy) on which electronic components are mounted. A PCB also provides electrical pathways called traces, that connect components. Printed circuit boards are what PBXs and computers are made of these days. Be careful when you're replacing PCBs. They're usually very sensitive to static electricity. Handle them only when you're attached to a static electricity strap that is properly grounded. Lay them down only on a surface you're sure is static electricity free. And don't touch the components on PCBs whatever you do.

**Printed Wire Assembly** A printed wire assembly is another name for a printed circuit board (PCB) or printed wiring board (PWB) with all the components stuffed into the board.

**Printer** A device which takes computer information and prints it on paper.

**Printer Control Language** PCL. See PCL.

**Printer Driver** A program that controls how your computer and printer interact. A printer driver file supplies information such as the printing interface, description of fonts, and features of the installed printer.

**Printer Emulation** A fax term for mimicking a printer-generated document. This way, the outgoing fax will look as if it has come from the printer attached to the computer. This can include full formatting, as well as letterhead, signature and graphic images.

**Printer Font** A font stored in your printer's memory, or soft fonts that are sent to

your printer l
**Printer S**
with access t
server compu
file while it w
Their print jo
given priority
to satisfy mo
printers beca
many users,
**Printer,**
the page thr
**Prioriti**
a user with
ty. Increasin
different lev
**Prioriti**
such as a r
first, next, c
**Priority**
**Priority**
priority use
bandwidth t
**Priority**
the attenda
2. The nan
ical to your
Simply use
call, you'll
you'll hear
rupt your w
3. This PB
phone is b
to everyon
**Priority**
tion in que
tors contro
**Priorit**
companies'
number.
**Priorit**
have priori
**Priorit**
ture places
callers wai
**Privac**
access tha
ic or selec
**Privac**
enter a co
**Privac**
vides conf
**Privac**
would oth
just exten
conversati
**Privac**
access a g
station on
**Privat**
tion termi
**Privat**
a busines

transmission line. See T Carrier and T-1.

**T Tap** A passive line interface used for extracting data from a circuit. Also, for extracting optical signals from a fiber cable or electrical signals from a coaxial cable.

**T&E** Technology and Evaluation Lab.

**T+T** Telephone and Telegraph. I found T+T engraved on a small metal closet in a hotel in Zurich, Switzerland. When I opened the closet, I found a crude telephone line crossconnect panel. The hotel ran its phone lines up a central shaft, terminated them on a crossconnect panel, then ran the lines to each guest room.

**T-1** Also spelled T1, which stands for Trunk Level 1. A digital transmission link with a total signaling speed of 1.544 Mbps (1,544,000 bits per second). T-1 is a standard for digital transmission in North America, — the United States and Canada. T-1 is part of a progression of digital transmission pipes — a hierarchy known generically as the DS (Digital Signal Level) hierarchy. (For the complete hierarchy, see the definition for T Carrier above.) In the olden days, T-1 was delivered to your business on two pairs of unshielded twisted copper wires — one pair for transmit and one pair for receive — the combination of these two simplex (unidirectional) circuits yields a full duplex (bidirectional) circuit. These days, T-1 often is delivered on fiber optic transmission systems by the CLECs (Competitive LECs) and by the ILECs (Incumbent Local Exchange Carriers), where fiber is available (or insist on it being installed as part of your order). You can lease T-1 as a channelized service (delivered as separate voice or data channels), or as an unchannelized raw bit stream (i.e., 1.536 Mbps of transmission both ways, plus .008 Mbps framing bits) and do with the bits as you wish-the framing bits are not under your control, however. North American carriers typically deliver T-1 channelized, i.e., split into 24 voice-grade channels, with each running at 56/64 Kbps (i.e., 56,000 or 64,000 bits per second), depending on the generation of the channel bank equipment involved. If you have need for a bunch of local phones, it's often cheaper to get them delivered on T-1 channels than as individual phone lines. One expensive circuit (i.e, the multi-channel T-1) is far less expensive than 24 less expensive circuits (e.g., single-channel voice circuits). While channelized T-1 was developed for and is optimized for uncompressed voice communications, it also can be used for channelized data communications. A channelized approach is required for access to the traditional PSTN, which is channelized throughout the traditional carrier networks.

On the other hand, an unchannelized approach is better for most data communications applications, and for compressed voice, video and IP telephony. The unchannelized approach provides you with 1.536 Mbps which you can split up any way you choose. If you lease a raw T-1 pipe, you could, for example, split it (i.e., multiplex it) into 12 voice grade channels to support 12 voice conversations, and use the remaining 768 Kbps for either reasonably high-speed access to the Internet or for videoconferencing with your distant office. You could also compress voice to run at speeds of perhaps 8 Kbps or less by using IP Telephony techniques and, therefore, put many more voice calls over a single T-1 pipe. Unchannelized T-1 also is commonly used for access to a frame relay or ATM network, or for Internet access. In such an application, your router or data switch or data concentrator effectively multiplexes data packets (i.e., packets, frames or cells) through the "clear" pipe. Channelization would make no sense in such an application.

In addition to use in network access applications, T-1 also can be used for private, leased line networking. In a private network, you might use channelized leased T-1 PBX tie trunks to "tie" together your voice PBXs. You might use unchannelized T-1 tie trunks to directly connect your local area network routers or data switches. Note that T-1 is medium-independent. You can run it over electrical (i.e., twisted pair or coaxial cable), optical (i.e., fiber optics or infrared) or radio (i.e., microwave or satellite) transmission media.

Outside of the United States and Canada, DS-1 is called E-1, as it was developed by the CEPT (Conference of European Postal and Telecommunications Administrations) for use in Europe. E-1 runs at a total signaling rate of 2,048,000 bits per second. Only one element remains constant between it and the North American's T-1 — the DS-0, namely the 64 Kbps channel. Most often it represents a PCM voice signal sampled at 8,000 times per second, or 64,000 bits per second. However, the form of PCM encoding, also known as companding, differs between T-1 (mu-law) and E-1 (A-law). Conversion of E-1 to T-1 involves both the compression law and the signaling format. At the higher rate of 2.048 Mbps, 32 time slots are defined at the CEPT interface, but two time slots (channels) are used for non-intrusive signaling and control purposes. The remaining 30 channels are clear 64 Kbps channels for user information-voice, video, data, etc. See also CEPT, Channel Bank, Companding, Compression, ISDN PRI, PCM, TDM, and Time Division Multiplexing and the following five definitions.

**T-1C** Trunk Level 1 Combined. The total signaling rate is 3.152 Mbps in North America and comprises two T-1s, which are interleaved to support 48 DS-0s at 1.544 Mbps each. The additional 64 Kbps is overhead used to support additional signaling and control requirements. T-1C is seldom used, outside of limited telco applications. See T-1.

**T-1 Framing** Digitization and coding of analog voice signals requires 8,000 samples per second (two times the highest voice frequency of 4,000 Hz) and its coding in 8-bit words yields the fundamental T-1 building block of 64 Kbps for voice. This is termed a Level 0 Signal and is represented by DS-0 (Digital Signal at Level 0). Combining 24 such voice channels into a serial bit stream using Time Division Multiplexing (TDM) is performed on a frame-by-frame basis. A frame is a sample of all 24 channels (24 x 8 = 192) plus a synchronization bit called a framing bit, which yields a block of 193 bits. Frames are transmitted at a rate of 8,000 per second (corresponding to the required sampling rate), thus creating a 1.544 Mbps (8,000 x 193 = 1.544 Mbps) transmission rate, the standard North American T-1 rate. This rate is termed DS-1. See also D-4 Framing and Extended Super-Frame Format. See also T Carrier, T2, T3 and T4.

**T-1 Span Line** See Span.

**T-2** The North American standard for DS-2 (Digital Signal Level 2). T-2 operates at a signaling rate of 6.312 Mbps, and is capable of handling 96 voice conversations, depending on the encoding scheme chosen. T-2 is four times the capacity of T-1. It generally is used only in carrier networks, although end users sometimes gain T-2 access on an ICB (Individual Case Basis). An example carrier application is that of SLC-96 (Subscriber Line Carrier 96), which supports 96 voice-grade channels of 64 Kbps over a specially conditioned four-wire circuit. See SLC-96 and T-1.

**T-3** The North American standard for DS-3 (Digital Signal Level 3). T-3 operates at a signaling rate of 44.736 Mbps, equivalent to 28 T-1s. T-3 is commonly referred to as 45 megabits per second. Capable of handling 672 voice conversations each at 64 Kbps, T-3 runs on fiber optic or microwave transmission, as twisted copper pair is not capable of supporting such a high signaling rate over distances of any significance. Running on fiber, it is typically called FT-3. Both Bill Gates and George Lucas allegedly have T-3 lines coming into their houses. Sadly, I don't. See T-1.

**T-4** The North American standard for DS-4. T-4 supports a signaling rate of 274.176 Mbps and is capable of handling 4,032 voice conversations. T-4 has 168 times the capacity of T-1. T-4 can run on coaxial cable, microwave radio or fiber optic transmission systems. T-4 generally is used only in carrier backbone networks, and generally is not available for end-user consumption. See also T-1.

**T-Berd** See T-Bird.

**T-Bird** also T-Berd. Colloquial term for a T-1 carrier analyzer, used by T-1 circuit technicians. Taken from the brand name of a leading device, T Berd 90A.

**T-I Channel** Either of the two external ports of a TDI or RDI which provides for transmitting or receiving eight TDM channels. Do not confuse with T-1 (as in T-one).

**T-SM** An ADSL term for the functional interface between the ATU-R (Asymmetric Transmission Unit-Remote) and the PDN (Premises Distribution Network). The ATU-R may contain one or more T-SMs (Service Modules) for terminal adaption. The T-SM may be the same as the "T" interface where the PDN is a point-to-point, passive cable and wire system. The T-SM may be a separate physical device, or may be embedded in an integrated ATU-R/SM. See also ADSL, ATU-R, PDN, SM and T.

**T.120** The most important transmission protocol standard for document conferencing (viewing, changing and moving files) over transmission media ranging from analog phone lines to the Internet. T.120 is the International Telecommunications Union (ITU-T) standards suite for document conferencing via FTP (File Transfer Protocol). Virtually all major players in the document conferencing industry have announced support for this standard. Document conferencing adds a visual dimension to voice-only conference calls by allowing groups of people to share computer documents in real-time while participating in a standard voice conference call. Whatever materials would normally be distributed in a face-to-face meeting — graphs, spreadsheets, diagrams, or documents — can be shared on-line, in real-time. Participants can easily connect to a conference anywhere in the world, with the only requirements being a Windows PC, a modem and a document conferencing software program. T.120 series standards provide a framework to enable multi-point data conferencing across LANs, WANs and the Internet. The T.120 architecture relies on a multilayered approach with defined protocols and service definitions between layers. Each layer presumes the existence of all layers below. The lower level layers (T.122, T.123, T.124 and T.125) specify an application-independent mechanism for providing multi-point data communications services to any application that can use these facilities. The upper level layers (T.126 and T.127) define protocols for specific conferencing applications, such as shared