IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of December 15, 2006, in the above-referenced matter, the parties submit the following report.

At this juncture, Plaintiff and the United States believe that the best course of action in light of the decision in *USA Choice Internet Service, LLC v. United States*, Fed Cl. No. 05-525 T (decided November 15, 2005), is for the parties to conduct a thorough examination of the extensive invoices, tariffs, contracts, and other relevant documents in this action. The examination will allow the parties to consult and determine to what extent the factual record in this case will need to be supplemented, and most effective manner to provide such supplementation to the Court. Once the parties complete their examination, they will be able to provide a recommendation for further proceedings, including supplemental briefing to assist the Court with assessing the effect of the *USA Choice* on this suit.

Accordingly, the parties request a period of 120 days, until May 4, 2007, in which to conduct their examination of the records and to consult in order to formulate a plan for further proceedings in this action.

Respectfully submitted,

January 4, 2007
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

January 4, 2007
Date

s/ G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

January 4, 2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant