IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of January 10, 2007, in the above-referenced matter, the parties submit the following report.

At this juncture, plaintiff has completed the examination of its invoices, tariffs, contracts, and other relevant documents to determine which of XO's services are similar in character to those described in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006). Due to the large volume of documents, however, plaintiff only recently completed its review of the documents and compiled its findings. Accordingly, defendant has not had the opportunity to evaluate plaintiff's findings. Defendant's expert has examined a sample of plaintiff's findings and defendant's counsel intends to travel to plaintiff's counsel's offices during the week of May 21, 2007, to conduct further evaluation of plaintiff's findings. Once the parties complete their examination, they will be able to provide a recommendation for further proceedings, including whether a trial will be necessary to resolve any factual matters.

Accordingly, the parties request a period of 60 days, until July 3, 2007, in which to finalize their examination of the records and to consult to formulate a plan for further proceedings.

Respectfully submitted,

May 4, 2007
Date

*s/Anthony C. Gulotta*

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

May 4, 2007
Date

*s/ G. Robson Stewart*

G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

May 4, 2007
Date

*s/Steven I. Frahm*

Of Counsel
Attorneys for Defendant