# In the United States Court of Federal Claims

Nos. 03-2754T and 06-40T

(Filed: May 8, 2007)

```
****************************************** *
                                           *
XO COMMUNICATIONS, INC.,                   *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On May 4, 2007, counsel for the parties filed with the Court a Joint Status Report requesting an additional 60 days to examine the records and formulate a plan for further proceedings in the above-captioned cases. For good cause shown, the parties' request is GRANTED. Counsel shall submit a Joint Status Report to the Court by July 3, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge