IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of May 8, 2007, the parties submit the following report.

As previously reported, plaintiff completed its initial examination of invoices, tariffs, contracts, and other relevant documents to determine which of XO's services are similar in character to those described in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006), and defendant had begun its evaluation of plaintiff's findings. Defendant's counsel traveled to plaintiff's counsel's offices on May 23-4, 2007, to examine documents and evaluate plaintiff's findings. Based on the review of the documents at plaintiff's offices, defendant's counsel requested that plaintiff locate or obtain additional documents in order to allow defendant to continue its evaluation of plaintiff's findings. On June 25, 2007, defendant received additional documents from plaintiff. At this juncture, defendant is examining the additional documents and will continue to evaluate plaintiff' findings. Once the parties complete their examination, they will be able to provide a recommendation for further proceedings, including whether a trial will

be necessary to resolve any factual matters.

Accordingly, the parties request an additional period of 66 days, until September 7, 2007, in which to finalize their examination of the records and to consult to formulate a plan for further proceedings.

Respectfully submitted,

July 3, 2007
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

July 3, 2007
Date

*s/ G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

July 3, 2007
Date

*s/Steven I. Frahm*
Of Counsel
Attorneys for Defendant