IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to their status report of July 3, 2007, the parties submit the following report.

As previously reported, the parties have been examining invoices, tariffs, contracts, and other relevant documents to determine which of the telephone services purchased by XO are comparable to the incoming-only services determined to be non-taxable in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb. 8, 2007). To date, defendant has not been able to determine whether a substantial portion of XO's nation-wide telephone services are incoming-only because the documentation does not clearly establish the exact configuration of the services purchased by XO. Accordingly, defendant was preparing to seek the assistance of a telecommunications expert in an effort to resolve the uncertainty.

On August 17, 2007, however, a decision was rendered in *Comcation v. United States*, ___ Fed. Cl. ___, 2007 WL 2389395 (2007), in favor of the United States. (Copy submitted

herewith.) The court held that the telephone service utilized by Comcation, an Internet service provider, to connect its customers to its network constituted taxable local service irrespective of whether the telephone service was configured as incoming-only service and the service did not qualify as a tax exempt private communication service. Accordingly, the holding in *Comcation* is directly contrary to the decision in *USA Choice Internet Service*, which held that similar incoming-only telephone service was not taxable local telephone service. *USA Choice Internet Service* is currently on appeal to the United States Court of Appeals for the Federal Circuit and it is presumed that the Federal Circuit will resolve the conflict between *USA Choice Internet Service* and *Comcation*. Accordingly, the parties believe that proceedings in this case should be suspended until the Federal Circuit resolves the conflict so as to avoid spending time and money to determine whether XO's service's are incoming-only, which may be unnecessary if *USA Choice Internet Service* is reversed.

Respectfully submitted,

September 7, 2007
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

September 7, 2007
Date

*s/ G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

September 7, 2007 — *s/Steven I. Frahm*
Date — Of Counsel
Attorneys for Defendant