IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2754 T
(JUDGE WHEELER)

XO COMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STIPULATION

The parties hereby stipulate and agree that they will follow the decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb. 8, 2007), with respect to the following legal issues:

1. Whether service on "incoming-only" telephone lines that connected taxpayer's internal networks to central offices of local telephone systems is taxable as "local telephone service" within the meaning of § 4252(a)(1) of the Code.

2. Whether "incoming-outgoing" telephone lines that connected taxpayer's internal networks to central offices of local telephone systems gave taxpayer "exclusive or priority use of any communication channel or groups of channels" within the meaning of § 4252(d)(1)(A), and consequently are exempt from tax as "private communication service" to the extent that charges therefor were separately stated.

The parties reserve the right to contest all factual issues in this case related to the application of the Federal Circuit's decision on the foregoing legal issues.

Respectfully submitted,

September 21, 2007
Date

*s/Anthony C. Gulotta*
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

September 21, 2007
Date

*s/ G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

September 21, 2007
Date

*s/Steven I. Frahm*
Of Counsel
Attorneys for Defendant