# In the United States Court of Federal Claims

Nos. 03-2754T and 06-40T

(Filed: September 25, 2007)

| | |
|---|---|
| ************************************** | * |
| | * |
| XO COMMUNICATIONS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

ORDER

On September 7, 2007, counsel for the parties filed with the Court a Joint Status Report requesting that the above-captioned cases be stayed pending the decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, 73 Fed. Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb 8, 2007). At the Court's request, on September 21, 2007 counsel for the parties filed with the Court a Joint Stipulation with respect to two essential legal issues. For good cause shown, the parties' request is GRANTED. All proceedings in these cases shall be suspended until ten days after the Federal Circuit's decision in *USA Choice Internet Service, LLC v. United States*, at which point the parties shall file a Joint Status Report indicating how they wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge