# In the United States Court of Federal Claims

Nos. 03-2754T and 06-40T

(Filed: May 7, 2008)

```
*************************************** *
                                        *
XO COMMUNICATIONS, INC.,                *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

ORDER

On May 6, 2008, counsel for the parties filed with the Court a Joint Status Report requesting an extension of the existing stay for an additional 120 days, while they review the effect of the recent decision of the Court of Appeals for the Federal Circuit in *USA Choice Internet Service, LLC v. United States*, No. 07-5077 (Fed. Cir. April 15, 2008) on Case No. 06-40T. For good cause shown, the parties' request is hereby GRANTED IN PART. All proceedings in Case No. 06-40T shall be suspended for an additional 60 days, until July 7, 2008, at which point the parties shall file a Joint Status Report indicating how they wish to proceed. If the parties intend to dismiss Case No. 03-2754T, as they indicated in their May 6, 2008 Joint Status Report, they are requested to file a Notice of Dismissal.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge